```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 00540
   JERMAINE L DAVIS
   LATASHA B DAVIS                             CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7499    SSN XXX-XX-7166

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/11/2008 and was confirmed 04/07/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/03/2008.
------------------------------------------------------------------------------
CREDITOR NAME                  CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                               PAID           PAID
------------------------------------------------------------------------------
AMERICAS SERVICING COMPA  NOTICE ONLY     NOT FILED           .00             .00
AMERICAS SERVICING COMPA  CURRENT MORTG        .00            .00             .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE    1665.63            .00         1665.63
ASSET ACCEPTANCE LLC      UNSECURED         782.58            .00             .00
AMERISTAR FINANCIAL       SECURED NOT I    2083.10            .00             .00
SALLIE MAE GUARANTEE SER  UNSECURED        5132.44            .00             .00
US DEPT OF EDUCATION      UNSECURED       27208.53            .00             .00
AMERICAN HONDA FINANCE C  UNSECURED         447.81            .00             .00
AMERISTAR FINANCIAL       UNSECURED      NOT FILED            .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        2915.63            .00             .00
CAVALRY PORTFOLIO SERVIC  UNSECURED      NOT FILED            .00             .00
CBCS                      UNSECURED      NOT FILED            .00             .00
CBCS                      UNSECURED      NOT FILED            .00             .00
COLLECTION SYSTEMS INC    UNSECURED      NOT FILED            .00             .00
COLLECTION SYSTEMS INC    UNSECURED      NOT FILED            .00             .00
DIVERSIFIED CREDIT SERVI  UNSECURED      NOT FILED            .00             .00
FREIDMAN & WEXLER LLC     NOTICE ONLY    NOT FILED            .00             .00
GC SERV LIMITED PARTNERS  UNSECURED      NOT FILED            .00             .00
GREAT AMERICAN FINANCE    UNSECURED           1.17            .00             .00
PEDIATRIC CANCER INSTITU  UNSECURED      NOT FILED            .00             .00
NCO COLLECTION AGENCY     UNSECURED      NOT FILED            .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         970.06            .00             .00
PROFESSIONAL ACCOUNT MGM  UNSECURED      NOT FILED            .00             .00
RMI/MCSI                  UNSECURED         250.00            .00             .00
SALLIE MAE LSCF           UNSECURED      NOT FILED            .00             .00
SUPERIOR ASSET MGMT       UNSECURED      NOT FILED            .00             .00
EDUCATIONAL CREDIT MANAG  UNSECURED       35487.09            .00             .00
USA SERVICES              UNSECURED      NOT FILED            .00             .00
USA SERVICES              UNSECURED      NOT FILED            .00             .00
AMERICAS SERVICING COMPA  CURRENT MORTG        .00            .00             .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE     288.25            .00          288.25
CODILIS & ASSOCIATES      NOTICE ONLY    NOT FILED            .00             .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 00540 JERMAINE L DAVIS & LATASHA B DAVIS
```

```
AMERICAN HONDA FINANCE C  SECURED VEHIC    20896.00            469.31         2550.11
GREAT AMERICAN FINANCE    SECURED           3510.00               .00          877.50
LEGAL HELPERS PC          DEBTOR ATTY      1,500.00                          1,500.00
TOM VAUGHN                TRUSTEE                                              639.20
DEBTOR REFUND             REFUND                                                  .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 7,990.00

PRIORITY                                             .00
SECURED                                         5,381.49
    INTEREST                                      469.31
UNSECURED                                            .00
ADMINISTRATIVE                                  1,500.00
TRUSTEE COMPENSATION                              639.20
DEBTOR REFUND                                        .00
                        ---------------     ---------------
TOTALS                  7,990.00                7,990.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 02/24/09           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE